UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BATTLE CREEK HEALTH SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>Defendant. | Civil Action No. 17-0545 (CKK) |

**ORDER**
(October 31, 2023)

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**, that Plaintiffs' [25] Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED**, that Defendant's [28] Cross-Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED**, that the PRRB's jurisdictional decision on January 26, 2017 is **VACATED** and **REMANDED** to the PRRB for reconsideration in light of this order and accompanying memorandum opinion. It is further

**ORDERED**, that this case is **STAYED** pending remand.

Date: October 31, 2023

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge